# STATE OF SOUTH CAROLINA
## CERTIFICATE OF TITLE
### OF A VEHICLE

| VEHICLE ID NUMBER | YEAR MAKE | MODEL | NEW/USED |
|---|---|---|---|
| 2C3JA63H95H696872 | 2005 CHRY | 300C H | NEW |

| BODY STYLE | DATE ISSUED | ODOMETER | WEIGHT | TITLE NUMBER |
|---|---|---|---|---|
| 4S | 03-11-2015 | 126,431 | 4064 | 770960292232506A |

**VEHICLE BRAND(S)**
ACTUAL MILEAGE

**FULL NAME OF OWNER(S)**
LOWERY, WILLIAM JOHNSON JR
1295 STANLEY DR
ROCK HILL SC 297305070

CUSTOMER NUMBER: 024383201



**FIRST LIENHOLDER**
FAMILY TRUST FEDERAL CREDIT UNION
PO BOX 10233
ROCK HILL SC 297310233
DATE OF LIEN 02/20/2015

1ST LIEN RELEASED _____
                        (DATE)
BY _____
    (AUTHORIZED AGENT)

THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE PERSON HEREIN IS REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE VEHICLE DESCRIBED SUBJECT TO THE LIENS, IF ANY, HEREIN SET FORTH.

KEVIN A. SHWEDO
EXECUTIVE DIRECTOR

NIKKI R. HALEY
GOVERNOR

016465271

EXHIBIT "B"